# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:20CR263 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JULIE WILKENING,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the oral motion to continue trial by the defendant, Julie Wilkening. Newly appointed counsel will be obtaining the discovery file from previous counsel's office and/or the government and additional time will be required to either negotiate a resolution or prepare for trial. The government does not oppose the motion. The undersigned magistrate judge finds that good cause for the requested continuance has been shown. Accordingly,

**IT IS ORDERED** that the oral motion to continue trial is granted, as follows:

1. The jury trial now set for September 27, 2021 is continued to **November 29, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 29, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** September 22, 2021.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**